UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN GRAHAM, | ) | Case No. CV 10-2316 PA(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LINDA SANDERS, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ Habeas Corpus and this action are dismissed.

DATED: January 18, 2011

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE